Daniel C. Green (ISB No.3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
201 E. Center Street
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorneys for William L. Horoszko*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>STEPHEN A. DEVEREAUX and<br>KATHERINE C. BLOMQUIST,<br><br>Debtors. | Case No. 24-40069-NGH<br>(Chapter 13) |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

William L. Horoszko ("Horoszko"), a creditor in the above-referenced matter, by and through his attorneys of record, and pursuant to 11 U.S.C. § 1322, Federal Rule of Bankruptcy Procedure 3015, and Local Bankruptcy Rule 2002.5, objects to confirmation of the Idaho Form Chapter 13 Plan filed by Stephen A. Devereaux and Katherine C. Blomquist ("Debtors") on February 18, 2024 (Dkt. 2) ("Plan"). In support of his objection, Horoszko states and represents as follows:

1. On February 18, 2024 (the "Petition Date"), the Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code.

2. On the Petition Date, the Debtors were indebted to Horoszko in the amount of $199,769.18, as reflected in Horoszko's Proof of Claim filed on April 23, 2024 (Claim 19-1).

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN – 1**

3. The Plan fails to comply with 11 U.S.C. § 1325(a)(4) in that unsecured creditors will receive less under the Plan than they would receive in Chapter 7.

4. The Plan violates the terms of 11 U.S.C. § 1325(a)(1) in that the Plan fails to comply with the provisions of Chapter 13 and with other applicable provisions of Title 11.

5. The Plan fails to comply with the terms and provisions of 11 U.S.C. § 1325(a)(3) in that the Plan has not been proposed in good faith.

6. The Debtors will not be able to make all payments under the Plan and to comply with the Plan as required by 11 U.S.C. § 1325(a)(6).

7. The Plan does not provide that all of the Debtors' projected disposable income to be received in the applicable commitment period will be applied to make payments to unsecured creditors under the Plan as required by 11 U.S.C. § 1325(b)(1)(B).

WHEREFORE, Horoszko respectfully rejects the proposed Idaho Form Chapter 13 Plan and requests that the Court deny confirmation on said Plan, together with any and all other appropriate relief which the Court deems reasonable and proper.

DATED this 14th day of May, 2024.

          RACINE OLSON, PLLP


          By: /s/ Heidi Buck Morrison
          HEIDI BUCK MORRISON

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN – 2**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 14th day of May, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alexandra O Caval
alex@cavallawoffice.com
R71985@notify.bestcase.com

David A Coleman
david@colemanjacobsonlaw.com

Kathleen A. McCallister
kam@kam13trustee.com
kmccallister13@ecf.epiqsystems.com
documents13@kam13trustee.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

Stephen A Devereaux
509 N Lyndon St
Jerome, ID 83338

Katherine C Blomquist
509 N Lyndon St
Jerome, ID 83338


      /s/ Heidi Buck Morrison
      HEIDI BUCK MORRISON